**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 46 EAL 2018

            Respondent        :

                             :   Petition for Allowance of Appeal from
                             :   the Order of the Superior Court

            v.               :

JOHN SHULER,               :

            Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of June, 2018, the Petition for Allowance of Appeal is **DENIED**.